

FILED

APR 22 2025

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

UNITED STATES OF AMERICA

     v.

MONICA DILLON

Case No. 2:26-cr-00048

In violation of:
    18 U.S.C. §§ 1028(a)(7),
    (b)(1)(D), (2)

### INFORMATION

The United States charges that:

### COUNT ONE
*Identity Theft*
*(18 U.S.C. § 1028(a)(7))*

1.  From in or around January 2021 through in or around January 2023, in the Southern District of West Virginia and elsewhere, the defendant, MONICA DILLON, did knowingly transfer, possess, and use in and affecting interstate and foreign commerce, without lawful authority, a means of identification of another person, to wit: Victim 1's name, social security number, and date of birth, knowing that the means of identification belonged to another actual person, with the intent to commit, and to aid and abet, and in connection with, any unlawful activity that constitutes a felony under any applicable State and local law, to wit: Taking identity of another person, in violation of West Va. Code § 61-3-54, and as a result of the offense, the defendant or any other individual committing the offense, obtained anything of value aggregating $1,000 or more during any 1 year period.

2.  All in violation of Title 18, United States Code, Section 1028(a)(7), (b)(1)(D).

USAO No. 2024R00433

1

## COUNT TWO
### *Identity Theft*
### *(18 U.S.C. § 1028(a)(7))*

3. From in or around January 2021 through in or around January 2023, in the Southern District of West Virginia and elsewhere, the defendant, MONICA DILLON, did knowingly transfer, possess, and use in and affecting interstate and foreign commerce, without lawful authority, a means of identification of another person, to wit: Victim 2's name, social security number, and date of birth, knowing that the means of identification belonged to another actual person, with the intent to commit, and to aid and abet, and in connection with, any unlawful activity that constitutes a felony under any applicable State and local law, to wit: Taking identity of another person, in violation of West Va. Code § 61-3-54, and as a result of the offense, the defendant or any other individual committing the offense, obtained anything of value aggregating $1,000 or more during any 1 year period.

4. All in violation of Title 18, United States Code, Section 1028(a)(7), (b)(1)(D).

## COUNT THREE
### *Identity Theft*
### *(18 U.S.C. § 1028(a)(7))*

5. From in or around January 2021 through in or around January 2023, in the Southern District of West Virginia and elsewhere, the defendant, MONICA DILLON, did knowingly transfer, possess, and use in and affecting interstate and foreign commerce, without lawful authority, a means of identification of another person, to wit: Victim 3's name, social security number, and date of birth, knowing that the means of identification belonged to another actual person, with the intent to commit, and to aid and abet, and in connection with, any unlawful activity that constitutes a felony under any applicable State and local law, to wit: Taking identity of another person, in violation of West Va. Code § 61-3-54, and as a result of the offense, the defendant or

any other individual committing the offense, obtained anything of value aggregating $1,000 or more during any 1 year period.

6. All in violation of Title 18, United States Code, Section 1028(a)(7), (b)(1)(D).

## COUNT FOUR
### *Identity Theft*
### *(18 U.S.C. § 1028(a)(7))*

7. From in or around January 2021 through in or around January 2023, in the Southern District of West Virginia and elsewhere, the defendant, MONICA DILLON, did knowingly transfer, possess, and use in and affecting interstate and foreign commerce, without lawful authority, a means of identification of another person, to wit: Victim 4's name, social security number, and date of birth, knowing that the means of identification belonged to another actual person, with the intent to commit, and to aid and abet, and in connection with, any unlawful activity that constitutes a felony under any applicable State and local law, to wit: Taking identity of another person, in violation of West Va. Code § 61-3-54.

8. All in violation of Title 18, United States Code, Section 1028(a)(7), (b)(2).

## COUNT FIVE
### *Identity Theft*
### *(18 U.S.C. § 1028(a)(7))*

9. From in or around January 2021 through in or around January 2023, in the Southern District of West Virginia and elsewhere, the defendant, MONICA DILLON, did knowingly transfer, possess, and use in and affecting interstate and foreign commerce, without lawful authority, a means of identification of another person, to wit: Victim 5's name, social security number, and date of birth, knowing that the means of identification belonged to another actual person, with the intent to commit, and to aid and abet, and in connection with, any unlawful activity that constitutes a felony under any applicable State and local law, to wit: Taking identity of another person, in violation of West Va. Code § 61-3-54.

USAO No. 2024R00433

3

10.  All in violation of Title 18, United States Code, Section 1028(a)(7), (b)(2).

SALLY J. SULLIVAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

*Acting Under Authority Conferred by 28 U.S.C. § 515*