

FILED

APR 27 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

———————————————

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by 28 U.S.C. §292(b) and Volume 3, Ch. 5, § 520.10(b) of the *Guide to Judiciary Policy*, I do hereby designate and assign the Honorable Kenneth D. Bell, United States District Judge for the Western District of North Carolina, to hold a district court in the Southern District of West Virginia in the case of *United States v. Monica Dillon,* No. 2:26-cr-00048, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matter.

———————————————————————

Albert Diaz
Chief Judge
Fourth Circuit

Dated: April 27, 2026